UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA J. CUTCHER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  2:25–cv–02621–SCR<br><br>ORDER GRANTING IFP AND DIRECTING E-SERVICE |

　　　　Pending before the court is Plaintiff's motion for leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1] ECF No. 2. Plaintiff submitted a declaration, including a statement of income, expenses, and assets and averring inability to pay the costs of this proceeding. Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is GRANTED;

　　　　2.　　The Clerk of Court is directed to issue a summons for this case;

　　　　3.　　In keeping with the court's e-service procedure for Social Security cases, service on the defendant Commissioner of Social Security Administration shall proceed under the court's E-Service program as follows. Once a summons is issued, the

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

1

1 | Clerk of Court shall deliver to the Commissioner of Social Security
2 | Administration and the United States Attorney's Office at their designated email
3 | addresses a notice of electronic filing of the action along with the summons and
4 | complaint. The Commissioner has agreed not to raise a defense of insufficient
5 | service of process if provided with notice of a complaint as detailed in this order.
6 | This order is not intended to prevent parties from making any other motions that
7 | are appropriate under the Federal Rules of Civil Procedure; and

8 | 4. The Clerk of Court is DIRECTED to issue a scheduling order in this case.

9 | IT IS SO ORDERED.

10 | DATED: September 15, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE