ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
  Program Litigation 1 | Law & Policy
  Social Security Administration
  6401 Security Boulevard
  Baltimore, Maryland 21235
  Telephone: (510) 970-4822
  E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA CUTCHER,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant. | Case No.: 2:25-cv-02621-SCR<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

  IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

  On remand, the Commissioner will offer Plaintiff the opportunity to submit additional evidence; develop the record as necessary; and issue a new decision.  The parties further request

Stip. For Voluntary Remand;  Case 2:25-cv-02621-SCR   1

that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

DATE: February 12, 2026                    /s/ Steven Gilbert Rosales     *
                                           STEVEN GILBERT ROSALES
                                           Attorney for Plaintiff
                                           (* approved via email on 2/10/26)

                                           ERIC GRANT
                                           United States Attorney

DATE: February 12, 2026          By   s/ Marcelo Illarmo
                                           MARCELO ILLARMO
                                           Special Assistant United States Attorney

                                           Attorneys for Defendant


**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: February 12, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

Stip. For Voluntary Remand;  Case 2:25-cv-02621-SCR          2