UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA J. CUTCHER, | No.  2:25–cv–02621–SCR |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY ORDERED that:

Amanda J. Cutcher is awarded attorney fees and expenses in the amount of SEVEN THOUSAND EIGHT HUNDRED dollars ($7,800.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §§ 1920; 2412 pursuant to the terms of the stipulation (ECF No. 18).

IT IS SO ORDERED.

DATED: April 17, 2026.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1